**ST. LOUIS–SAN FRANCISCO RAILWAY CO. et al., Plaintiffs in Error, v. MONTROSE OIL & REFINING COMPANY, Inc., et al., Defendants in Error.**

Circuit Court of Appeals, Fifth Circuit. March 14, 1928.

No. 5175.

In Error to the District Court of the United States for the Northern District of Texas; James Clifton Wilson, Judge.

B. K. Goree, W. M. Odell, and Wm. E. Allen, all of Fort Worth, Tex., for plaintiffs in error.

H. C. Walker, Jr., of Shreveport, La., for defendants in error.

Before WALKER, BRYAN, and FOSTER, Circuit Judges.

PER CURIAM. For reasons which we think are sufficiently stated in the opinion rendered by the District Judge (25 F.[2d] 750), the judgment in this case is affirmed.